1  David S. Gingras, CSB #218793
   **Gingras Law Office, PLLC**
2  3941 E. Chandler Blvd., #106-243
   Phoenix, AZ 85048
3  Tel.: (480) 668-3623
   Fax: (480) 248-3196
4  David@GingrasLaw.com

5  Attorney for Defendant DIRTY WORLD, LLC



6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 SAM ARGYROPOULUS, an individual,        Case No. **CV 12  8741**—R

11          Plaintiff,                      **NOTICE OF REMOVAL** (PSWx)

12      v.

13 DIRTY WORLD, LLC, a Delaware Limited
   Liability Company; and Does 1–30
14 inclusive,

15          Defendants.

16

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

17      Defendant DIRTY WORLD, LLC ("DW") gives notice that this action is hereby

18 removed from the Los Angeles County Superior Court to the United States District Court

19 for the Central District of California pursuant to 28 U.S.C. § 1446.

20      **1.     Removal Is Timely Pursuant to 28 U.S.C. § 1446(b)**

21      The original Complaint in this matter was filed in the state court proceeding on

22 September 5, 2012.  DW's first notice of this action occurred when the Complaint and

23 summons were served on DW's statutory agent in Delaware on September 11, 2012 and

24 this matter was removed less than thirty days thereafter.  Removal is therefore timely

25 pursuant to 28 U.S.C. § 1446(b).

26      **2.     The District Court Possesses Diversity Jurisdiction**

27      **T**he District Court possesses diversity jurisdiction over this matter pursuant to 28

28 U.S.C. § 1332.  According to the Complaint, the Plaintiff is a citizen of the State of

California and as a Delaware LLC, DW has the citizenship of each of its members. *See Johnson v. Columbia Prop. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006). As explained in the Affidavit of James Grdina submitted herewith, all of DW's members are citizens of Arizona. As such, complete diversity exists here.

Although it does not request any specific amount of damages in the prayer for relief, the amount at issue in this action significantly exceeds $75,000 including monetary damages, punitive damages, and attorney's fees. In Paragraph 5 of the Complaint under the heading "Jurisdiction and Venue", Plaintiff alleges the "Amount in controversy exceeds $25,000, but does not exceed $75,000." This allegation is not, however, repeated in the prayer for relief, nor does the prayer limit the relief requested to less than $75,000.

Under these circumstances, the Court must determine whether, by preponderance of evidence, the amount in controversy exceeds $75,000. This situation is extremely similar to *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696 (9th Cir. 2007), a case in which the plaintiff attempted to avoid federal jurisdiction by expressing alleging in the Complaint: "[t]he damages to each Plaintiff are less than $75,000." *McKee*, 506 F.3d at 697. Despite this limitation appearing in the body of the Complaint, the Court noted that the plaintiff's prayer for relief did *not* limit the amount of damages or attorney's fees sought. As a result, the Ninth Circuit held that removability would be determined based on a review of additional evidence under a preponderance standard:

> Thus, because the allegation [limiting plaintiff's damages to less than $75,000] in the Jurisdiction and Venue section is not repeated in the Prayer for Relief and does not take account of attorneys' fees, accounting of moneys, or payment of back taxes and benefits, the complaint fails to allege a sufficiently specific total amount in controversy. The uncertainty which is inherent in the Distributors' Prayer for Relief places this case within the *Sanchez* [*v. Monumental Life Ins. Co.*, 102 F.3d 398 (9th Cir. 1996)] line of cases, and we therefore apply the preponderance of the evidence burden of proof to the removing defendant.

*McKee*, 506 F.3d at 701.

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

2

Here, the evidence clearly shows that the amount in controversy (including attorney's fees which are mandatory to the prevailing party under Plaintiff's first cause of action; Cal. Civ. Code § 3344(a)) significantly exceeds $75,000.   This conclusion is based on several points.

First and most simply, Paragraph 29 of Plaintiff's Complaint incorporated by reference a six-page demand letter dated July 12, 2012, a copy of which was attached to the Complaint as Exhibit B.  In this letter, Plaintiff's counsel recited his view of the law and the facts in great detail, and repeatedly noted that claims under Cal. Civ. Code § 3344 provide for a panoply of damages including: 1.) statutory damages and attorney's fees, 2.) injunctive relief, 3.) restitution, including "all profits and/or other benefits from the of [plainitff's] image", 4.) compensatory and general damages; 5.) punitive damages, and 6.) "mental distress".  On page 4 of the July 12 letter, Plaintiff's counsel further noted on the issue of punitive damages: "As you know, the punitive damages will be calculated in part by ... the net worth of you [sic] or company ... .   We have done an asset search on you which has indicated that exposure in this area may be high."

After reviewing DW's alleged substantial exposure for compensatory damages, punitive damages, restitution, and attorney's fees, Plaintiff's July 12, 2012 letter concluded with a demand for payment of $80,000:

---

**SETTLEMENT OFFER**

Despite your obvious fault in this matter, we are desirous of working this out amicably to avoid any litigation. As such, we are willing to make a settlement offer of **eighty thousand dollars ($80,000)**. This offer will remain open for two (2) weeks only and shall expire at **5:00 P.M. on Thursday, July 26, 2012.** If we do not receive a response to this demand by this date and time, we will promptly file a complaint with the Los Angeles Superior Court.

---

Because Plaintiff has demanded a payment of $80,000 which does *not* include the substantial attorney's fees which both sides will incur and which the prevailing party must be awarded pursuant to CCP § 3344(a), it is clear that the amount in controversy in this case substantially exceeds $75,000.

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

**NOTICE OF REMOVAL**

1    Again, although Plaintiff's Complaint does *not* expressly allege any amount of

2  damages in the prayer for relief, the July 12, 2012 demand letter is expressly incorporated

3  by reference in the Complaint, *see* Compl. ¶ 29,  and the amount demanded is proper

4  evidence of the amount in controversy; "<u>A settlement letter is relevant evidence of the

5  amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's

6  claim.</u>"  *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (empahsis added)

7  (citing *Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 428–30 (7th Cir.

8  1997) (finding plaintiff's settlement offer is properly consulted in determining "plaintiff's

9  assessment of the value of her case"); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1097

10  (11th Cir. 1994) (while a "settlement offer, by itself, may not be determinative, it counts

11  for something"); *Wilson v. Belin*, 20 F.3d 644, 651 n. 8 (5th Cir.1994) (holding "Because

12  the record contains a letter, which plaintiff's counsel sent to defendants stating that the

13  amount in controversy exceeded $50,000, it is 'apparent' that removal was proper.").

14    This evidence establishes that the amount in controversy here exceeds $75,000.

15  Accordingly, this court possesses diversity jurisdiction.  *See Valdez v. Allstate Ins. Co.*,

16  372 F.3d 1115, 1117 (9th Cir. 2004).

17  **3.      All Defendants Consent to Removal**

18    This case involves only one named defendant, DW, which consents to removal.

19  **4.      State Court Pleadings**

20    Copies of all pleadings filed in the state court proceedings and received by DW are

21  attached hereto as **Exhibit A**.  No motions or other matters are currently outstanding.

22  DATED this 9th day of October, 2012.

23

24                **GINGRAS LAW OFFICE, PLLC**

25                <u>/s/ David S. Gingras</u>
                David S. Gingras
26                Attorney for Defendant
                Dirty World, LLC
27

28

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

4
**NOTICE OF REMOVAL**

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012 I transmitted the attached document to the Clerk's Office for filing, and mailed a copy of the foregoing to:

Mr. Timothy A. Hall, Esq.
Law Offices of Hall & Lim
9595 Wilshire Blvd., Suite 900
Los Angeles, CA 90212
Attorney for Plaintiff

/s/David S. Gingras

GINGRAS LAW OFFICE, PLLC
3941 E. CHANDLER BLVD., #106-243
PHOENIX, AZ 85048
(480) 668-3623

5

**NOTICE OF REMOVAL**

Exhibit A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

SEP 5 2012

John A. Clarke, Executive Officer/Clerk
BY _____, Deputy
Mary Flores

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

DIRTY WORLD, LLC, a Delaware limited liability company; and
DOES 1 through 30 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SAM ARGYROPOULUS, an individual,

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):* BC 491546

Los Angeles Superior Court - Stanley Mosk
111 North Hill St., Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Timothy A. Hall, Esq./ 9595 Wilshire Blvd., Suite 900, Beverly Hills, CA 90212 Tel: (310) 203-8411

**DATE:** SEP 5 2012
*(Fecha)*   JOHN A. CLARKE,   Clerk, by   Mary Flores   , Deputy
   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* DIRTY WORLD, LLC, A Delaware Limited Liability Company

   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Limited Liability Company
4. ☒ by personal delivery on *(date):* 9/11/12

---

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Date Served: 9/11/12
Time Served: 11:7 PM
SR

1  Timothy A. Hall, SBN 227666
   Law Offices of Hall & Lim
2  9595 Wilshire Boulevard, Suite 900
   Beverly Hills, California 90212
3  Telephone:  (310) 203-8411
   Facsimile:  (310) 203-8412
4

5  Attorneys for Plaintiff: Sam Argyropoulus

6

7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF LOS ANGELES –CENTRAL DISTRICT

10                                              BC491546

11  SAM ARGYROPOULUS, an individual,      Case No.:

12         Plaintiff,                      COMPLAINT FOR:

13    vs.                                  1)  STATUTORY
                                               MISAPPROPRIATION OF
14  DIRTY WORLD, LLC, a Delaware limited       PUBLICITY (CIV. CODE § 3344)
    liability company; and DOES 1 through 30  2)  COMMON LAW
15  inclusive                                  MISAPPROPRIATION OF
                                               PUBLICITY
16         Defendants.                     3)  DEFAMATION - LIBEL

17

18  Plaintiff SAM ARGYROPOULOS alleges as follows:

19

20

21                            PARTIES

22     1.  Plaintiff SAM ARGYROPOULOS, (hereinafter referred to by "PLAINTIFF") is, and at

23  all times mentioned herein, is a professional real estate agent and a sales associate in Los Angeles

24  County, in the State of California.

       2.  PLAINTIFF is informed and believes and on such information and belief alleges that

                                    - 1 -
                        COMPLAINT FOR DAMAGES

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

SEP 5 2012

John A. Clarke, Executive Officer/Clerk
BY
Mary Flores          , Deputy

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

1  Defendant DIRTY WORLD, LLC (hereinafter referred to by "DEFENDANT") is now, and at all

2  times mentioned in this complaint was, a limited liability company organized and existing under

3  the laws of the State of Delaware.

4      3.  PLAINTIFF is informed and believes and on such information and belief alleges that

5  DEFENDANT owns and operates a website used for blogging, advertising and selling products in

6  the name of www.thedirty.com.

7                          JURISDICTION AND VENUE

8      4.  Venue is proper in this Court because the acts complained of took place in this

9  jurisdiction.

10     5.  Amount in controversy exceeds $25,000.00, but does not exceed $75,000.00.

11                          GENERAL ALLEGATIONS

12  6.  PLAINTIFF is, and at all times mentioned herein was a professional real estate agent and

13      sales associate in the city of Los Angeles.

14  7.  In the beginning of July 2012, PLAINTIFF discovered that DEFENDANT knowingly and

15      without his prior consent, and in violation of Civil Code § 3344, invaded PLAINTIFF'S

16      privacy by using his images and likeness on DEFENDANT'S website and internet

17      advertisings. A true and correct copy of the DEFENDANT'S unauthorized use of

18      PLAINTIFF'S images on the weblog is attached hereto and incorporated herein by this

19      reference as Exhibit D.

20  8.  PLAINTIFF at no time gave DEFENDANT permission to use his images and likeness on its

21      website and advertisements.

22  9.  In addition to the unauthorized use of PLAINTIFF'S image, DEFENDANT makes factual

23      statements about PLAINTIFF that are false and misleading. Despite PLAINTIFF's request to

24      cease and desist the unauthorized activity on its website, DEFENDANT has failed to comply.

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

- 2 -

## FIRST CAUSE OF ACTION

(STATUTORY INVASION OF PRIVACY – CIVIL CODE § 3344)

10. PLAINTIFF re-alleges paragraphs 1 through 9 above, and incorporates the same by reference as though fully set forth herein.

11. In the beginning of July 2012, PLAINTIFF discovered that DEFENDANT knowingly and without his prior consent, and in violation of Civil Code § 3344, invaded PLAINTIFF'S privacy by using his images and likeness on DEFENDANT'S website. On its website DEFENDANT publishes scandalous blogs about famous and non-famous individuals. DEFENDANT'S website also contains advertisements from various restaurants, nightclubs, and travel agencies. DEFENDANT generates revenue by publishing advertisements for restaurants, nightclubs, and travel agencies on its website. Furthermore, by publishing images and scandalous blogs about individuals like PLAINTIFF, DEFENDANT draws viewers to its website. In turn, the viewers who are lured to DEFENDANT'S website are exposed to the advertisements of the restaurants, nightclubs and travel agencies.

12. In the image used by DEFENDANT, PLAINTIFF is readily identifiable in that any person seeing the photographs with the naked eye can reasonably determine that the person depicted is PLAINTIFF. PLAINTIFF'S face is shown and it is clearly lighted and readily distinguishable.

13. DEFENDANT'S appropriation of PLAINTIFF'S images was for the purpose of drawing viewers on its website and soliciting the sales of products on DEFENDANT'S website.

14. DEFENDANT did not request PLAINTIFF'S permission, nor did PLAINTIFF give DEFENDANT'S permission, to use his images and likeness on its website.

15. As a direct and proximate result of DEFENDANT'S appropriation of PLAINTIFF'S likenesses and images, DEFENDANT made profits or gross revenues in an amount to be

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

1    established by proof at trial.

2    16. As a further direct and proximate result of the wrongful conduct set forth above, PLAINTIFF

3    sustained the following damages: the unauthorized use of PLAINTIFF'S images have

4    damaged PLAINTIFF with respect to her right to control the commercial exploitation of his

5    images and likeness, resulting in damages, the total amount of which will be established by

6    proof at trial.

7    ## SECOND CAUSE OF ACTION

8    (COMMON LAW INVASION OF PRIVACY - MISAPPROPRIATION)

9    17. PLAINTIFF re-alleges paragraphs 1 through 16 above, and incorporates the same by

10    reference as though fully set forth herein.

11    18. In the beginning of July 2012, DEFENDANT without PLAINTIFF'S consent invaded his

12    right to privacy, by exploiting his likeness and personality, when DEFENDANT published

13    PLAINTIFF'S images on DEFENDANT'S website. DEFENDANT generates revenue by

14    publishing advertisements for restaurants, nightclubs and travel agencies on its website.

15    DEFENDANT lures in viewers to its website by publishing scandalous blogs and images.

16    DEFENDANT used PLAINTIFF'S image and likeness, and the blog about PLAINTIFF to

17    draw viewers to the advertisements on its website.

18    19. DEFENDANT'S use of PLAINTIFF'S images and likeness on DEFENDANT'S website

19    promoted DEFENDANT'S advertising business and products on its website.

20    20. The continuous appearance of PLAINTIFF'S images on DEFENDANT'S website reasonably

21    implied that PLAINTIFF consents to his appearance on DEFENDANT'S website and

22    endorses DEFENDANT'S business and products.

23    21. DEFENDANT'S conduct appropriated PLAINTIFF'S images and likeness for

24    DEFENDANT'S advantage in that the use of the images and likeness in connection with the

-4-

1  advertisements on DEFENDANT'S website contributed to the commercial promotion of

2  DEFENDANT'S business and products without PLAINTIFF'S consent.

3  22. DEFENDANT has used the images to market and advertise DEFENDANT'S business and

4  products.

5  23. The appropriation of the images was for DEFENDANT'S pecuniary advantage in that

6  DEFENDANT used PLAINTIFF'S images to promote DEFENDANT'S business.

7  24. DEFENDANT has paid PLAINTIFF nothing for the use it has made from PLAINTIFF'S

8  images, nor has DEFENDANT contacted PLAINTIFF to request permission to use his

9  images.

10  25. PLAINTIFF is informed and believes and on such information and belief alleges that as a

11  further direct and proximate result of the wrongful conduct set forth above he has sustained

12  the following injuries and damages: the value of his images and likeness has been diluted due

13  to DEFENDANT'S unauthorized use of his images and likeness to advertise its clothing.

14  PLAINTIFF earns a living by working as a real estate agent and sales associate in the city of

15  Los Angeles. By using PLAINTIFF'S images and likeness on DEFENDANT'S weblog

16  without his consent, DEFENDANT has diluted the value of PLAINTIFF'S likeness and

17  images such that real estate clients may not have hired PLAINTIFF because of their mistaken

18  belief that he was promoting DEFENDANT'S business and its weblog.

19  26. PLAINTIFF has been damaged by DEFENDANT'S widespread unauthorized commercial use

20  of his images in an amount to be proven at trial.

21                          **THIRD CAUSE OF ACTION**

22                          (DEFAMATION – LIBEL)

23  27. PLAINTIFF re-alleges paragraphs 1 through 26 above, and incorporates the same by

24  reference as though fully set forth herein.

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

- 5 -

28. On or about July 2012, DEFENDANT published a blog on its website regarding PLAINTIFF with the intent for viewers to see and read. The blog is titled "Sam Argyropoulos Is a Con Artist" and states the following: "[PLAINTIFF] manipulated an old lady to put him on the deed of her house in Bel Air. She had Alzheimer's, so he got the house when she died. He now owns a house in Bel Air and acts like he earned it on his own through hard work..."  A true and correct copy of DEFENDANT'S publication on its website is attached hereto and incorporated herein by this reference as Exhibit A.

29. On or about July 12, 2012, DEFENDANT was mailed a Demand Letter asking it to remove the blog and PLAINTIFF'S image. A true and correct copy of this demand letter is attached hereto and incorporated herein by this reference as Exhibit B.

30. In response, DEFENDANT partially complied with PLAINTIFF'S demand by taking PLAINTIFF'S image down. However, the libelous statements about PLAINTIFF remained published on DEFENDANT'S website. A true and correct copy of DEFENDANT'S publication on its website in response to PLAINTIFF'S demand letter is attached hereto and incorporated herein by this reference as Exhibit C.

31. As of writing this complaint, PLAINTIFF'S image and the parts of DEFENDANT'S blog that were redacted in response to PLAINTIFF'S demand letter have been republished on DEFENDANT'S website. A true and correct copy of DEFENDANT'S publication on its website, as of September 4, 2012, is attached hereto and incorporated herein by this reference as Exhibit D.

32. The blog on DEFENDANT'S website identifies PLAINTIFF by name and is of and concerning PLAINTIFF.

33. The statements made on DEFENDANT'S website are false and misleading. PLAINTIFF acquired title to the referenced Bel Air property by way of a grant deed from one by the name

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

**COMPLAINT FOR DAMAGES**

1   of Benjamin Daniels. PLAINTIFF did not manipulate an old lady to put him on the deed of

2   her house as suggested by DEFENDANT. A true and correct copy of the grant deed

3   conveying title to PLAINTIFF is attached hereto and incorporated herein by this reference as

4   Exhibit E.

5   34. In addition, the statements made on DEFENDANT'S website are libelous and expose

6   PLAINTIFF to hatred, ridicule and obloquy. In fact, the statements regarding PLAINTIFF

7   have a tendency to injure the PLAINTIFF in his occupation as a real estate agent and sales

8   associate, because they represent PLAINTIFF as an unprofessional and deceitful real estate

9   agent.

10  35. The blog regarding PLAINTIFF has been viewed and read by hundreds of individuals on the

11  internet, and has invited negative commentary from those viewers. See Exhibit D.

12  36. As a direct and proximate result of above-described publication, PLAINTIFF has suffered

13  loss of his reputation, shame, mortification and hurt feelings, resulting in damages, the total

14  amount of which will be established by proof at trial.

15  37. Furthermore, as a direct and proximate result of above-described publication, PLAINTIFF'S

16  real estate business has been harmed in that real estate clients may not have hired him based

17  on the mistaken belief of PLAINTIFF being an unprofessional and deceitful real estate agent.

18  Furthermore, real estate clients may not have hired PLAINTIFF based on the mistaken belief

19  that PLAINTIFF is associated with DEFENDANT and its business.

20                                    **PRAYER FOR RELIEF**

21  WHEREFORE, PLAINTIFF prays for judgment against DEFENDANT, as follows:

22  1. For damages as provided in Civ. Code § 3344;

23  2. For general damages according to proof;

24  3. For consequential and incidental damages in an amount according to proof at trial;

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

-7-

1    4. For the amount due, owing and unpaid to PLAINTIFF in the amount to be determined

2  according to proof at trial plus interest at the legal rate;

3    5. For prejudgment interest according to law;

4    6. For costs of suit; and

5    7. For any other and further relief that the court considers proper.

6

7  Dated:  September 4, 2012               LAW OFFICES OF HALL & LIM

8                                By:

9                                    Timothy A. Hall, Esq.
                                        Attorney for Plaintiff

10                                   Sam Argyropoulos

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LAW OFFICES OF HALL & LIM
— A PROFESSIONAL LAW CORPORATION —
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

- 8 -

**COMPLAINT FOR DAMAGES**

# EXHIBIT A







what he wants from people

He told me that he hates the fact that there are so many guys in real estate and that the only reason he is an agent is to make fast money

He doesnt care who he hurts, he only cares about himself. He left his daughter in the hospital just so he could go to an Empty party instead. He leaves her with babysitters so he can party and con girls for sex. He broke up with the mother of his child because she was bored with her. He told me he would visualize big black guys doing her to be able to have sex with her. What a sad, sick man. THE TRUTH IS: that he is so insecure about how short he is and he is jealous of other successful men who make more money than he does that he has a 'Little Man' complex and has to kick and hurt other people to make himself feel better . Hopefully this will help avoid others from getting hurt

[????] to I agree

JULY 6, 2012 AT 1:00 PM

Riley says:

This dude is a pervert. He had a facebook profile picture were be had his kids girl sitting on his stomach and he had her leg mile placed between his legs like a dick and his kids girl was reaching for it, and he was laughing in the picture. What a Pundik Dad - He has since removed it cause he probably got shc for it. But it was disturbing

[????] to Riley







June 27, 2012 at 12:47PM

**The Truth says:**

The truth is that Sean is a sad human being that has had ALOT of people with his lies,games and tricks. The mother of his daughter says that Sean is the ONLY LOSER she has ever dated! ( Says a lot about what a bad ugly mean spirited soul he has ) He acts like he is a nice guy IF he wants something from you. But, it is just that AN ACT to get what he wants from people. He told me himself that he lied to me and then laughed about it in my face. He also told me that he hates the fact that there are so many guys in real estate and that the only reason he is an agent is to make fast money. He doesn't care who he hurts. he only cares about himself. He leaves his child with baby sitters so he can go out to parties and have sex which is more important to him. He told me he left his GF with no baby because he was bored and wanted to fxxx sxx with other women. He enjoys hitting on other mens wives he thinks it is funny. THE TRUTH IS, that he is so insecure about how short he is and jealous of other successful men who make more money then he does that he has a "Little Man" complex and has to trick and hurt other people to make himself feel better. Agents in his own office call him a red coat. Hopefully this will help others from getting hurt.

**_____ to The Truth**

[comment box]

# EXHIBIT B

LAW OFFICES OF HALL & LIM
—— A PROFESSIONAL LAW CORPORATION ——
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Tel: (310) 203-8411   Fax: (310) 203-8412

July 12, 2012

SENT BY U.S MAIL

John Webber
Dirty World Entertainment LLC
7753 E. Pleasant Run
Scottsdale, Arizona 85258

Re:   Cease and Desist Notice for Sam Argyropoulos Image and Likeness

Dear Mr. Webber:

This office has been retained by Sam Argyropoulos to represent him in the above referenced matter. Please direct any correspondence or inquiries regarding this matter to our office.

Please accept this letter as a FORMAL DEMAND for injunctive relief, restitution, and/or damages as a result of your liability to our client for the misappropriation of his name, likeness and image.

## SUMMARY OF EVENTS

Mr. Sam Argyropoulos is a professional real estate agent and sales associate in Los Angeles, California, with an eminent and prestigious reputation. In the beginning of July, 2012, Mr. Argyropoulos discovered the usage of his likeness and image on thedirty.com. In your website Mr. Argyropoulos is described as a con-artist and a manipulator, stating that he manipulated an old lady to put him on the deed of her house in Bel Air. In fact, our client bought the said house through a legal real estate transaction, and he is currently in possession of the deed of that house. Copy of the deed is attached as Exhibit A. All the negative comments about Mr. Argyropoulos posted in your website are pure lies which slandered our client's honorable reputation. Your company is held responsible to our client for misappropriation of his image and defamation. Copy of the website pages are attached as Exhibit B.

## CEASE AND DESIST NOTICE

One of the purposes of this letter is to demand that you cease and desist any further use of Mr. Sam Argyropoulos's name, image and likeness (hereinafter referred to as "Mr. Sam Argyropoulos's Intellectual Properties"), as well as any further sale, transfer, or display of any image that depicts him endorsing your website. If you have facts that you feel would change our analysis, please provide them to us, otherwise we will assume our assessment of your business practices is accurate and conduct ourselves accordingly. Please be advised that your failure to

# HALL & LIM

— A PROFESSIONAL LAW CORPORATION —

July 12, 2012
Page 2

immediately cease and desist with the unauthorized activity of using Mr. Sam Argyropoulos's name, image and likeness will constitute an infringement on his legal rights under Federal and California State law. Continued use shall only enhance our punitive damage claim against you as stated below and perhaps subject your company to an injunction. I doubt that this would be in your company's favor.

Accordingly, we demand that you immediately comply with the following:

(1) Mail to our office a written acknowledgment that you have ceased and permanently desisted from using, publishing, distributing, selling, licensing or otherwise exploiting Mr. Sam Argyropoulos's Intellectual Properties in any manner.

(2) Inform every identifiable person and entity who viewed and read the comments posted in your website in question of the following:

   (a) they never had valid rights to use, distribute, publish, rely on or otherwise exploit Mr. Sam Argyropoulos's Intellectual Properties and therefore they never had valid rights to download or view any portion of them, and they still do not have any such rights; and

   (b) those who viewed, downloaded, saved, printed and/or copied Mr. Sam Argyropoulos's Intellectual Properties must cease and desist from any further distribution, publishing or exploitation of said properties in any manner, or face liability and damages based thereon;

(3) Provide me with a detailed accounting of any and all monies that you and any affiliated business have received from the use, publishing, distribution and any other exploitation of Mr. Sam Argyropoulos's Intellectual Properties;

(4) Provide me with all copies of Mr. Sam Argyropoulos's Intellectual Properties in any media, whatsoever, including but not limited to any and all prints, computer floppy discs, electronic mail, and provide to me a written confirmation of same; and

(5) Provide me with a list of businesses you are affiliated with, a list of names, e-mail addresses, and other contact information of those persons and other entities who viewed, downloaded, saved, printed and/or copied Mr. Sam Argyropoulos's Intellectual Properties and/or have published, distributed or otherwise exploited said properties.

# HALL & LIM

—— A PROFESSIONAL LAW CORPORATION ——

July 12, 2012
Page 3

## INVASION OF PRIVACY

**California Civil Code § 3344(a)** – Your unauthorized use of Mr. Sam Argyropoulos's Intellectual Properties is a form of invasion of privacy under California law.  California Civil Code § 3344(a) provides in relevant part:

> "Any person who knowingly uses another's name, voice, signature, photograph, or likeness, in any manner, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of, products, merchandise, goods or services, without such person's prior consent ... shall be liable for any damages sustained by the person or persons injured as a result of this.  In addition, in any action brought under this section, the person who violated the section shall be liable to the injured party or parties in an amount equal to the greater of seven hundred fifty dollars ($750) or the actual damages suffered by him or her as a result of the unauthorized use, and any profits from the unauthorized use that are attributable to the use and are not taken into account in computing the actual damages... "

Civil Code §3344(a) further provides for the award of punitive damages to the aggrieved party. Punitive damages are particularly appropriate where, as here, the acts of all parties involved in making the unauthorized use of the name, likeness, image and statement of Mr. Argyropoulos were intentional, willful and carried out with the full knowledge.  Civil Code §3344(a) also provides for the award of attorney's fees and costs to the prevailing party in any action brought under said code section.  Accordingly, my Client is entitled to recover from all parties all costs and attorney's fees she incurs with respect to this action.

It is important to note that a claim based on Civil Code § 3344 can be made against any person or entity in the distribution chain that uses another's image in connection with any good or merchandise.

## EARLY NOTICE OF ATTORNEY'S FEES SOUGHT AND POTENTIAL LIABILITY AND EXPOSURE

As a result, my Client will be able to recover one or more of the following remedies:

1. Statutory damages and attorneys' fees;
2. Injunctive relief, with the possibility of retraction and/or apology;
3. Restitution, including all profits and/or other benefits from the use of Mr. Sam Argyropoulos's image in thedirty.com;
4. Compensatory and general damages;
5. Punitive damages; and

# HALL & LIM

—— A PROFESSIONAL LAW CORPORATION ——

July 12, 2012
Page 4

6. Mental Distress.

Net profits, actual damages, mental anguish, punitive damages and attorney fees are also awarded in California Civil Code § 3344. I strongly advise that you contact a litigation specialist in this area of law to discuss your legal rights, responsibilities and to help you understand the legal issues and potential exposure in these types of cases. As you may foresee, these type of lawsuits are extremely costly, time consuming and stressful. Accordingly, we urge you to consider the following potential damages:

1. **ATTORNEY FEES AND COSTS:**  Under C.C. §3344 the Plaintiff is entitled to attorney's fees and costs. **You are hereby placed on legal notice that <u>we shall seek attorney's fees at $350 per hour upon a successful summary judgment or trial verdict.</u>**

2. **PUNITIVE DAMAGES:** As you know, the punitive damages will be calculated in part by: (1) how egregious the conduct was, and (2) the net worth of you or company (if also liable). *State Farm Mutual Automobile Insurance Company v. Inez Preece Campbell and Mathew C. Barneck* 538 U.S. 408 (2003), and See Civil Code § 3295. We have done an asset search on you which has indicated that exposure in this area may be high. See *Las Palmas Associates v. Las Palmas Center Associates*, 235 Cal. App. 3d 1220 (1991).

3. **NET PROFITS UNDER C.C. §3344:** Additionally, <u>California Civil Code</u> § 3344(a) provides relief for an aggrieved plaintiff for: *"any profits from the unauthorized use that are attributable to the use."* This may potentially be devastating for you and your company in that we will have access to all of your books and records, assets and liabilities, and advertising expenditures and profits for calculation of my Client's damages. My Client is entitled to an account of your business records under this section. The responsibility of my Client then is merely to prove gross profits. We will be awarded gross profits if you cannot prove your net profits, as the burden shifts to the defendant. Hence, <u>Mr. Argyropoulos will be entitled to a forensic accounting during the discovery process. This may also invoke whistle blower statutes.</u>

In addition, we have also researched jury verdicts and cases similar to my Client's to determine the means by which the courts assess damages and the amount of damages. In the leading California misappropriation of image case, *Lugosi v. Universal Pictures* 25 Cal.3d 81 (1979), plaintiff's estate sought damages from defendant's unauthorized use of plaintiff's image. Although the issue of the case was whether the plaintiff's estate could recover damages for defendant's unauthorized use of plaintiff's image after his death (which the Court denied), the Court stated, "[Plaintiff] in his lifetime had a right to create in his name and/or likeness... a right

# HALL & LIM

—— A PROFESSIONAL LAW CORPORATION ——

July 12, 2012
Page 5

of value, which could have been transmuted into things of value or [Plaintiff] could, if he elected not to exercise such right, protect it from invasion by others by a suit for injunction and/or damages." *Id.* at 819. On the question of damages, the Court stated:

> Because the use of [Plaintiff's] likeness in this context resembles a copyright or patent infringement, the well-developed principles for determining damages in those contexts provide a useful guide. Plaintiff has the initial burden of proving the extent of the profits reaped by defendant through its misappropriation. However, where a portion of defendant's profits derives from other than the unauthorized use but defendant had commingled the sources of income, the defendant carries the burden of disentangling the contributions of the several factors which he has confused... Mathematical exactness in the apportionment is not required. *However, the resulting allocation must favor the plaintiff* (Emphasis added). *Id.* at 855-856 (Dissent of Bird, C.J.); *Sheldon v. Metro-Goldwyn Pictures Corporation*, 106 F.2d 45 at 48 (1939), affd. 309 U.S. 390.

In short this means that my Client is entitled to the GROSS PROFITS made from posting our client's image and likeness in your website.

In determining my Client's damages, we made our assessment in accordance with the court's methods. Since we do not have financial records to determine the profits you received from the unauthorized use of Mr. Argyropoulos's image, we will base the demand upon your GROSS PROFITS. The burden is on you to prove any deductions from this amount that may be accepted under California law.

## SETTLEMENT OFFER

Despite your obvious fault in this matter, we are desirous of working this out amicably to avoid any litigation. As such, we are willing to make a settlement offer of **eighty thousand dollars ($80,000)**. This offer will remain open for two (2) weeks only and shall expire at **5:00 P.M. on Thursday, July 26, 2012**. If we do not receive a response to this demand by this date and time, we will promptly file a complaint with the Los Angeles Superior Court.

## DISCLAIMERS

This statement summarizes this office's investigation, and we in no way, by this letter, intend to waive any rights or remedies of my client, which my client may have against you or your business, or against any party. Nothing in this letter shall be construed as any type of threat. This

# HALL & LIM

—— A PROFESSIONAL LAW CORPORATION ——

July 12, 2012
Page 6

letter shall merely be construed as potential civil remedies that a court may or may not impose. The entirety of this correspondence, including all attachments, is protected pursuant to *Evidence Code § 1152* as part of a settlement negotiation. Thus, nothing in this letter should be construed as an admission and we reserve the right to change any of the aforementioned. Additionally, attachment of affidavits and any other materials is not intended in any way to constitute a waiver of the attorney-work or attorney-client privileges.

If you have any questions, please do not hesitate to call our office or have your attorney contact us. I am looking forward to a swift resolution of this matter.

LAW OFFICES OF HALL & LIM, PLC

Timothy A. Hall, Esq.
Attorney for Sam Argyropoulos

# EXHIBIT A

This page is part of your document - DO NOT DISCARD

05 0343725

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
**02/15/05 AT 08:00am**

TITLE(S) :                          DEED



L E A D      S H E E T

FEE

| FEE $27 | FF |
|---------|-----|
| A.F.N.F. 94 | 1 |

D.T.T
1,127 ⁵⁰

4,612 ⁵⁰

NOTIFICATION SENT $4

CODE
20

CODE
19

CODE
9____

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.

Number of AIN's Shown

4371 - 014 - 005

001

THIS FORM NOT TO BE DUPLICATED

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND TAX STATEMENTS TO

NAME    SAM ARGYROPOULOS
ADDRESS  1466 BEL AIR ROAD
CITY &
STATE   LOS ANGELES, CA. 90077

Title Order No.   183735-2
Escrow No.   23653-CB
Assessor's Parcel No.
Date   January 19, 2005

05  0343725

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

## GRANT DEED

The undersigned declares that the county documentary transfer tax is $1,127.50 and the city transfer tax is $4,612.50 and both are computed on the full value of the interest or property conveyed. The property is located in the city of LOS ANGELES.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**BENJAMIN DANIELS, a single man**

does hereby GRANT to

**SAM ARGYROPOULOS, a single man**

the following described real property in the City of LOS ANGELES, County of LOS ANGELES, State of California:

LOT 83 AND 84 IN BLOCK 165 OF TRACT NO. 1033, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP REOCRDED IN BOOK 18, PAGES 174 AND 175 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

BENJAMIN DANIELS

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES     } SS

On January 19, 2005 before me, the undersigned Notary Public in and for said State, personally appeared BENJAMIN DANIELS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal

Signature

FOR NOTARY SEAL OR STAMP

LISA ALEXANDER
Commission # 1402275
Notary Public - California
Los Angeles County
My Comm. Expires Feb 26, 2007

MAIL TAX STATEMENTS AS DIRECTED ABOVE

SSSI 270A REV  7/94

# EXHIBIT B













**AHS 17 'GICAP 12:12 PM**

**The Truth** says:

The truth is that Sam is a sad human being that has hurt A LOT of people with his bad games and tricks. The mother of his daughter says that Sam is the ONLY LOSER she has ever dated!!! ( Says a lot about what a bad ugly mean spirited soul he has ) He acts like he is a nice guy IF he wants something from you. But, it is just that AN ACT to get what he wants from people. He told me himself that he lied to me and then laughed about it in my face. He also told me that he hides the fact that there are so many guys in real estate and that the only reason he is an agent is to make fast money. He doesn't care who he hurts, he only cares about himself. He leaves his child with babysitters so he can go out to parties and have sex which is more important to him. He told me he left his GF with the lady because he was bored and wanted to have sex with other women. He enjoys lifting on other men's wives he thinks it is funny. THE TRUTH IS, that he is so insecure about how short he is and jealous of other successful men who make more money than he does that he has a "Little Man" complex and has to trick and hurt other people to make himself feel better. Agents in his own office call him a rat case. Hopefully this will help others from getting hurt.

**REPLY** to The Truth

**ADD A COMMENT:**

HALF & MOON
SPORTS GRILL

The Valley's Premier
Sports and Dining Destination

Its more Fun Local Party

FRESH DIRT

# EXHIBIT C



REMOVE YOUR NAME

Sam Argyropoulos Is A Con Artist

THE DIRTY ARMY: Nik, if you ever meet this man beware. The man is a con-artist and manipulator. He manipulated an old lady to put him on the deed of her house in Bel Air. She had Alzheimer's, so he got the house when she died. He now owns a house in Bel Air and [...]

COMMENTS

NEXT

SUBMIT DIRT +

LIQUID

DJ SCOOTER

TAO.
WORSHIP THURSDAYS
AUGUST 2

# EXHIBIT D



LIFECLIP MAKES YOUR AWFUL MIRROR PICS BETTER.

GET YOUR ACCOUNT NOW

HOME    CITIES    COLLEGES    WOULD YOU?    DIRTY ATHLETES    STORE    MORE+

## Sam Argyropoulos Is A Con Artist

Apr 11, 2012   AD Los Angeles   51

THE DIRTY ARMY: Nik, if you ever meet this man beware. The man is a con-artist and owes debt. He absconded on old key to get him on the deed of trust place in SoCAL. She has Alzheimer's. He's got the notes when she dies. He owes over a house in the AR and asks him he owes it to her own through Auto work. He hids skill be has a dumpster and is looking to take down. If to all for the hell the mother of his daughter because she actually needed him to be reasonable when she had a baby and he can raise on but chose he could not handle it. He owes along with a pig and probably has. He just lives for what is his both now and homes. He only just met a friend that he schemes will get his and also perfect. He is also very sad it stings out that because he is so poor even he asks a buyer in he steal to make on and take. He has to do that exists in Los Angeles but need distinctions on to reports desire baby and puts to poop from ate them. You have even owned.

I bet you can find bones of this picture at his house.--nik











# EXHIBIT E



This page is part of your document - DO NOT DISCARD

05 0343725

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
**02/15/05 AT 08:00am**

TITLE(S) :               DEED





L E A D     S H E E T

FEE

| FEE $27 | FF |
|---------|-----|
| A.F.N.F. 94 | 1 |

CODE
20

CODE
19

CODE
9___

D.T.T
1,127
4,612

NOTIFICATION SENT $4

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          **Number of AIN's Shown**

4371 - 014 - 005          -          001

**THIS FORM NOT TO BE DUPLICATED**

2/15/05

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND TAX STATEMENTS TO

05  0343725

NAME   SAM ARGYROPOULOS
ADDRESS  1466 BEL AIR ROAD
CITY &
STATE  LOS ANGELES, CA. 90077

Title Order No.   183735-2
Escrow No.  23653-CB
Assessor's Parcel No.
Date   January 19, 2005

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned declares that the county documentary transfer tax is $1,127.50 and the city transfer tax is $4,612.50 and both are computed on the full value of the interest or property conveyed. The property is located in the city of LOS ANGELES.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**BENJAMIN DANIELS, a single man**

does hereby GRANT to

**SAM ARGYROPOULOS, a single man**

the following described real property in the City of LOS ANGELES, County of LOS ANGELES, State of California:

LOT 83 AND 84 IN BLOCK 165 OF TRACT NO. 1033, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP REOCRDED IN BOOK 18, PAGES 174 AND 175 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

BENJAMIN DANIELS

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES  } ss

On January 19, 2005  before me, the undersigned Notary Public in and for said State, personally appeared BENJAMIN DANIELS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal

Signature

FOR NOTARY SEAL OR STAMP

LISA ALEXANDER
Commission # 1402275
Notary Public - California
Los Angeles County
My Comm. Expires Feb 28, 2007

MAIL TAX STATEMENTS AS DIRECTED ABOVE

SSSI 270A REV 7/94

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Timothy A. Hall, Esq.   (SBN 227666)<br>Law Offices of Hall & Lim, PLC<br>9595 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: 310-203-8411   FAX NO.: 310-203-8412<br>ATTORNEY FOR (Name): Sam Argyropoulus | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>SEP 5   2012<br><br>John A. Clarke, Executive Officer/Clerk<br>BY _____, Deputy<br>Mary Flores |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

CASE NAME:
Sam Argyropoulus vs. Dirty World, LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: BC 4 9 1 5 4 6 |
|---|---|---|
| ☑ Unlimited    ☐ Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☑ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): 1. C.C. 3344; 2. Misappropriation of Image; 3. Defamation-Libel
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 4, 2012
Timothy A. Hall
_____
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Argyropoulus vs. Dirty World, LLC | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 5 ☐ HOURS/ ☑ DAYS

**Item II.** Select the correct district and courthouse location (4 steps -- If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death -- Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109  (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Argyropoulous vs. Dirty World, LLC | |

| A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort (Cont'd.)** | | |
| Professional<br>Negligence<br>(25) | ☐ A6017   Legal Malpractice | 1., 2., 3. |
| | ☐ A6050   Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☑ A6025   Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | | |
| Wrongful Termination<br>(36) | ☐ A6037   Wrongful Termination | 1., 2., 3. |
| Other Employment<br>(15) | ☐ A6024   Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109   Labor Commissioner Appeals | 10. |
| **Contract** | | |
| Breach of Contract/<br>Warranty<br>(06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008   Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019   Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028   Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections<br>(09) | ☐ A6002   Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012   Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage<br>(18) | ☑ A6015   Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract<br>(37) | ☐ A6009   Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031   Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027   Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | |
| Eminent<br>Domain/Inverse<br>Condemnation (14) | ☐ A7300   Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| Wrongful Eviction<br>(33) | ☐ A6023   Wrongful Eviction Case | 2., 6. |
| Other Real Property<br>(26) | ☐ A6018   Mortgage Foreclosure | 2., 6. |
| | ☐ A6032   Quiet Title | 2., 6. |
| | ☐ A6060   Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Judicial Review Unlawful Detainer** | | |
| Unlawful Detainer-<br>Commercial (31) | ☐ A6021   Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-<br>Residential (32) | ☐ A6020   Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-<br>Drugs (38) | ☐ A6022   Unlawful Detainer-Drugs | 2., 6. |
| Asset Forfeiture (05) | ☐ A6108   Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration<br>(11) | ☐ A6115   Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

| SHORT TITLE: Argyropoulus vs. Dirty World, LLC | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151   Writ - Administrative Mandamus<br>☐ A6152   Writ - Mandamus on Limited Court Case Matter<br>☐ A6153   Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150   Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003   Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007   Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006   Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035   Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental  (30) | ☐ A6036   Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014   Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment<br>(20) | ☐ A6141   Sister State Judgment<br>☐ A6160   Abstract of Judgment<br>☐ A6107   Confession of Judgment (non-domestic relations)<br>☐ A6140   Administrative Agency Award (not unpaid taxes)<br>☐ A6114   Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112   Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033   Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above)<br>(42) | ☐ A6030   Declaratory Relief Only<br>☐ A6040   Injunctive Relief Only (not domestic/harassment)<br>☐ A6011   Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000   Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| | Partnership Corporation Governance(21) | ☐ A6113   Partnership and Corporate Governance Case | 2., 8. |
| **Miscellaneous Civil Petitions** | Other Petitions (Not Specified Above)<br>(43) | ☐ A6121   Civil Harassment<br>☐ A6123   Workplace Harassment<br>☐ A6124   Elder/Dependent Adult Abuse Case<br>☐ A6190   Election Contest<br>☐ A6110   Petition for Change of Name<br>☐ A6170   Petition for Relief from Late Claim Law<br>☐ A6100   Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Argyropoulos vs. Dirty World, LLC | |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1**, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE ☐1. ☐2. ☒3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | | ADDRESS: 1466 Bel Air |
|---|---|---|
| CITY: Los Angeles | STATE: CA    ZIP CODE: 90077 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Los Angeles</u>     courthouse in the <u>CENTRAL</u>      District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>September 4, 2012</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

---

## PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE (NON-CLASS ACTION)
Case Number _____

**BC 4 9 1 5 4 6**

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 3.3(c)). There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Carolyn B. Kuhl | 1 | 534 | Hon. Debre Katz Weintraub | 47 | 507 |
| Hon. Michael P. Linfield | 10 | 631 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Barbara A. Meiers | 12 | 636 | Hon. Deirdre Hill | 49 | 509 |
| Hon. Terry A. Green | 14 | 300 | Hon. John L. Segal | 50 | 508 |
| Hon. Richard Fruin | 15 | 307 | Hon. Abraham Khan | 51 | 511 |
| Hon. Rita Miller | 16 | 306 | Hon. Susan Bryant-Deason | 52 | 510 |
| Hon. Richard E. Rico | 17 | 309 | Hon. Steven J. Kleifield | 53 | 513 |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Mary Ann Murphy | 25 | 317 | Hon. Michael Johnson | 56 | 514 |
| Hon. James R. Dunn | 26 | 316 | Hon. Ralph W. Dau | 57 | 517 |
| Hon. Yvette M. Palazuelos | 28 | 318 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Barbara Scheper | 30 | 400 | Hon. David L. Minning | 61 | 632 |
| Hon. Alan S. Rosenfield | 31 | 407 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Mary H. Strobel | 32 | 406 | Hon. Mark Mooney | 68 | 617 |
| Hon. Charles F. Palmer | 33 | 409 | Hon. Ramona See | 69 | 621 |
| Hon. Amy D. Hogue | 34 | 408 | Hon. Soussan G. Bruguera | 71 | 729 |
| Hon. Daniel Buckley | 35 | 411 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Gregory Alarcon | 36 | 410 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. Joanne O'Donnell | 37 | 413 | Hon. William F. Fahey | 78 | 730 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Emilie H. Elias | 324 | CCW |
| Hon. Michelle R. Rosenblatt | 40 | 414 | Hon. Elihu M. Berle | 323 | CCW |
| Hon. Ronald M. Sohigian | 41 | 417 | other | | |
| Hon. Holly E. Kendig | 42 | 416 | | | |
| Hon. Mel Red Recana | 45 | 529 | | | |
| Hon. Fredrick C. Shaller | 46 | 601 | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____    JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

LACIV CCH 190 (Rev. 01/12)
LASC Approved 05-06
For Optional Use

### NOTICE OF CASE ASSIGNMENT –
### UNLIMITED CIVIL CASE

Page 1 of 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

For additional ADR information and forms visit the Court ADR web application at www.lasuperiorcourt.org (click on ADR).

The plaintiff/petitioner shall serve a copy of this form on each defendant/respondent along with the complaint (Civil only).

**What is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court. ADR processes, such as arbitration, mediation, neutral evaluation, and settlement conference are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR. All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

> **Cases for Which Arbitration May Be Appropriate**
> Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

> **Cases for Which Arbitration May Not Be Appropriate**
> If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

> **Cases for Which Mediation May Be Appropriate**
> Mediation may be particularly useful when parties have a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

> **Cases for Which Mediation May Not Be Appropriate**
> Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

> **Cases for Which Neutral Evaluation May Be Appropriate**
> Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

> **Cases for Which Neutral Evaluation May Not Be Appropriate**
> Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conference:**
A settlement conference may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### DISPUTE RESOLUTION PROGRAM ACT (DRPA) PROVIDERS

JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK

ALTERNATIVE DISPUTE RESOLUTION (ADR) DEPARTMENT

California Rules of Court, rule 3.221, requires counties participating in the Dispute Resolution Programs Act (DRPA) to provide information about the availability of local dispute resolution programs funded under DRPA. For more information regarding these programs, contact the Los Angeles County Department of Community and Senior Services Contracts Administration Office at 213-738-2621. The following is a list of the local dispute resolution programs funded in Los Angeles County.

Superior Court of California, County of Los Angeles, ADR Office 213-974-5425
www.lasuperiorcourt.org/ADR

---

**STAFF AND VOLUNTEERS OF THE FOLLOWING AGENCIES ARE NOT EMPLOYEES OF THE SUPERIOR COURT:**

---

Asian-Pacific American Dispute Resolution Center 213-250-8190 www.apadrc.org

California Academy of Mediation Professionals 818-377-7250 www.campmediation.org

California Lawyers for the Arts, Arbitration, and Mediation Service 310-998-5590
www.calawyersforthearts.org

Center for Civic Mediation 877-473-7658 213-896-6533 www.centerforcivicmediation.org

Center for Conflict Resolution 818-705-1090 www.ccr4peace.org

Centinela Youth Services, City of Hawthorne 310-970-7702 www.cys.la.org

Inland Valleys Justice Center 877-832-9325 www.ivjc.org

Korean American Coalition 4.29 Dispute Resolution Center 213-365-5999 www.kacla.org

Los Angeles County Department of Consumer Affairs, Dispute Settlement Services 213-974-0825
www.dca.lacounty.gov

Loyola Law School, The Center for Conflict Resolution 213-736-1145 www.lls.edu/ccr

Norwalk Dispute Resolution Program 562-929-5603 www.ci.norwalk.ca.us/socialservices2.asp

Office of the Los Angeles City Attorney, Dispute Resolution Program 213-485-8324
www.atty.lacity.org/mediate

---

**THE PROGRAMS LISTED ABOVE DO NOT OFFER LEGAL ADVICE OR HELP YOU RESPOND TO A SUMMONS; HOWEVER, THEY MAY ASSIST IN RESOLVING YOUR PROBLEM THROUGH MEDIATION.**

---

| NAME, ADDRESS, TELEPHONE, FAX, and E-MAIL: | STATE BAR NUMBER: | Reserved for Clerk's File Stamp |
|---|---|---|

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
Click on the button to select the appropriate court address.

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: |
|---|---|

The undersigned parties in the above-titled action stipulate to participate in the Alternative Dispute Resolution (ADR) process checked below:

☐ Mediation                    ☐ Neutral Evaluation

☐ Arbitration (non-binding)    ☐ Settlement Conference

☐ Arbitration (binding)        ☐ Other ADR Process (describe): _____

| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|---|
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Dated | Name of Stipulating Party ☐ Plaintiff  ☐ Cross-complainant ☐ Defendant  ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

☐ Number of additional pages attached to this document: _____

LAADR 001 (Rev. 04-12)
LASC Approved 10-04
For Optional Use

## STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR)

Cal. Rules of Court, rule 3.221
Page 1 of 1

# VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California County of Los Angeles**



**Los Angeles County Bar Association Litigation Section**

**Los Angeles County Bar Association Labor and Employment Law Section**



**Consumer Attorneys Association of Los Angeles**



**Southern California Defense Counsel**



**Association of Business Trial Lawyers**



**California Employment Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:     FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following:*

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h. Computation of damages, including documents not privileged or protected from disclosure, on which such computation is based;

i. Whether the case is suitable for the Expedited Jury Trial procedures (see information at **www.lasuperiorcourt.org** under "*Civil*" and then under "*General Information*").

2. The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
     (INSERT DATE)                                                                    (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation.

3. The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4. References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____ )

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____ )

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____ )

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FAX NO. (Optional): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – DISCOVERY RESOLUTION | CASE NUMBER: |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

       i.  File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

       ii.  Include a brief summary of the dispute and specify the relief requested; and

       iii.  Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

       i.  Also be filed on the approved form (copy attached);

       ii.  Include a brief summary of why the requested relief should be denied;

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

    iii.   Be filed within two (2) court days of receipt of the Request; and

    iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.   No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.   If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied.  If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.   If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.   If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.   The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.   Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.   Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.   References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR _____)

➤ _____
(ATTORNEY FOR _____)

➤ _____
(ATTORNEY FOR _____)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE**<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:
   ☐ Request for Informal Discovery Conference
   ☐ Answer to Request for Informal Discovery Conference
2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).
3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).
4. For a Request for Informal Discovery Conference, __briefly__ describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, __briefly__ describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.: | FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

    a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

    b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## The following parties stipulate:

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR PLAINTIFF)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  _____
(TYPE OR PRINT NAME)                        (ATTORNEY FOR DEFENDANT)

Date:

_____        ➤  (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

Date:

_____        ➤  (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

Date:

_____        ➤  (ATTORNEY FOR _____)
(TYPE OR PRINT NAME)

## THE COURT SO ORDERS.

Date:   _____

_____
JUDICIAL OFFICER

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>SAM ARGYROPOULOS | DEFENDANTS<br>DIRTY WORLD, LLC |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Timothy A. Hall, Esq. / Law Offices of Hall & Lim<br>9595 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90212; Tel.: (310) 203-8411 | Attorneys (If Known)<br><br>David S. Gingras, Esq.<br>GINGRAS LAW OFFICE, PLLC<br>3961 E. Chandler Blvd., Suite 111-243<br>Phoenix, AZ 85048; Tel.: (480) 668-3623 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** 0

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Misappropriation of publicity rights under Cal. Civ. Code 3344; removed from California state court per 28 USC 1446.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☑ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV 12   8741**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
    ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Arizona |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date October 9, 2012

    Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV12- 8741 R (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY