David S. Gingras, #021097
**Gingras Law Office, PLLC**
4025 E. Chandler Blvd., #70-A26
Phoenix, AZ 85048
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Defendant Dirty World, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM ARGYROPOULUS, an individual,<br><br> Plaintiff,<br><br>v.<br><br>DIRTY WORLD, LLC,<br>a Delaware Limited Liability Company;<br>and Does 1–30 inclusive,<br><br> Defendants. | Case No: 2:12-cv-08741-R-PJW<br><br>**DECLARATION OF NIK LAMAS-RICHIE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: March 4, 2013<br>Time:          10:00 AM<br>Room:          8 |

I, NIK LAMAS-RICHIE, declare as follows:

My name is NIK LAMAS-RICHIE. I am a resident of the State of California, am over the age of 18 years, and if called to testify in court I could and would truthfully testify to the following information based upon my own personal knowledge.

1.      I am currently employed as the manager of Defendant DIRTY WORLD, LLC ("Dirty World") which owns and operates the website www.TheDirty.com.   In addition to acting as editor-in-chief of www.TheDirty.com, I am also the founder and creator of a website called www.DirtyScottsdale.com which I started in March 2007.

2.      When I first started www.DirtyScottsdale.com, the site was focused almost entirely on Scottsdale, Arizona.  Initially, I used the site as a forum to post my thoughts, comments and observations about a variety of topics that I felt were interesting,

GINGRAS LAW OFFICE, PLLC
4025 E. CHANDLER BLVD., #70-A26
PHOENIX, AZ 85048

1   important, or deserving of criticism such as certain "fake" (a/k/a "dirty") residents of

2   Scottsdale.

3        3.     As of February 2013, the website now receives an average of <u>18 million</u>

4   <u>hits</u> per month or around 600,000 hits per day.  As the site increased in popularity, it

5   expanded to cover more than 50 different U.S. cities and more than 20 cities in Canada.

6   In  the  process,  the  site  adopted  a  more  geographically  neutral  name—

7   www.TheDirty.com.

8        4.     As the site has grown, its focus and format has changed.   In the beginning,

9   I created nearly all of the content posted on the site and, in fact, it was impossible for

10  users to upload anything directly to the site.  This is no longer true.  For the last several

11  years, users of the site have been permitted to "submit dirt" which can include news,

12  photos, video or text.  Users can also post their own comments about material submitted

13  by others.  The majority of stories, photos and material appearing on www.TheDirty.com

14  are now comprised of submissions uploaded directly to the site by third party users.

15       5.     Users of www.TheDirty.com may submit posts to the site on any topic

16  whatsoever.   As of February 2013, www.TheDirty.com contains more than <u>120,000</u>

17  unique posts on a wide variety of topics and millions of comments from users.

18       6.     Attached hereto as **Exhibit A** are screenshots showing the form located at

19  http://thedirty.com/submit_a_tip/  that a visitor to the site can use to submit news, tips, or

20  similar "dirt" to the site.  As reflected in these screenshots, the form is 100% content

21  neutral; it does not ask users to post anything about any particular individual, nor does the

22  site suggest what the author should say.  The only instructions given by the site are as

23  follows: "*Tell us what's happening. Remember to tell us Who, What, When, Where,*

24  *Why.*"  The form reflected in **Exhibit A** was in place on the site during all of 2012.

25       7.     As part of the submission process, users are asked to enter a "title" for their

26  submission, along with basic information about the material they are submitting.

27  Specifically, users are asked to identify the "City", "College", and "Category" for their

28  submission.

GINGRAS LAW OFFICE, PLLC
4072 EAST MOUNTAIN VISTA DRIVE
PHOENIX, ARIZONA 85048

8.      In terms of categories, the user is required to pick from a list of more than 40 different options provided by the site which include: "I HAVE NO IDEA", "Business", "News", "Spring Break" and so forth.

9.      Many posts submitted to www.TheDirty.com relate to stories, news, gossip and other forms of commentary about local individuals who are not public figures, but not all posts are of this type.   On the contrary, in addition to posts about "non-celebrities", material appearing on www.TheDirty.com covers an extremely broad variety of more ordinary topics including, but not limited to:

    a.   President *Barack Obama*; *see* **Exhibit B**;

    b.   *Donald Trump*'s presidential campaign; *see* **Exhibit C**;

    c.   *Politicians* playing solitaire; *see* **Exhibit D**;

    d.   *Sports*, including the 2010 World Series; *see* **Exhibit E**;

    e.   Stories involving the arrest of *celebrities*; *see* **Exhibit F**;

    f.   L.A. Lakers basketball player *Kobe Bryant*; *see* **Exhibit G**;

    g.   Falling *values of U.S. dollars vs. Canadian dollars*; *see* **Exhibit H**;

10.     Before a post can be submitted to the site, users must agree to the site's Terms of Service which provide, among other things: "Comments or any other material which is false, defamatory, or otherwise unlawful is not allowed."  The site's Terms of Service further explain: "All written submissions on the blog are opinions of third parties and not of Dirty World LLC. Dirty World LLC is not responsible for the written opinions and content submitted." A true and correct copy of the website's Terms of Service is attached hereto as **Exhibit I**.

11.     Regardless of the category selected by a user for his/her submission, in most cases I will briefly review each new submission to ensure that inappropriate or unduly offensive material is removed such as threats of violence, profanity, racial slurs, etc.  Despite this, I cannot and do not "fact-check" user submissions for accuracy.

12.     After I decide which posts to approve for publication, I often add a short, one-line comment about the post which is intended to be sarcastic or humorous.   These

GINGRAS LAW OFFICE, PLLC
4072 EAST MOUNTAIN VISTA DRIVE
PHOENIX, ARIZONA 85048

3

**DECLARATION OF NIK LAMAS-RICHIE**

1   editorial comments are always separate from the third-party content, and they are always

2   made using a different bold face font, and they are always signed "-nik".

3        13.    I am aware that this case arises from a single post on www.TheDirty.com

4   about the Plaintiff which was submitted to the site by a third party on June 14, 2012.

5   bearing the title "Sam Argyropoulos Is A Con Artist" (the "Post").  A true and correct

6   copy of the Post (excluding subsequent comments by users which I do not understand to

7   be part of this action) is attached hereto as **Exhibit J**.

8        14.    I did not create or modify any part of the Post or its title.  The text in the

9   body of the Post and the title was created entirely by a third party user of

10  www.TheDirty.com and the Post was published exactly as it was submitted to the site

11  without any changes other than an introduction which read "**THE DIRTY ARMY:**" to

12  accurately reflect that the Post was submitted to the site by a third party user.

13       15.    Regular visitors to www.TheDirty.com often refer to themselves as "The

14  Dirty Army" which is a generic term applicable to any "fans" of the website.

15       16.    The Post included a photo of the Plaintiff which I thought appeared to be

16  slightly serious and somewhat excessively self-promoting.  For that reason, I added a

17  one-line comment under the post which reads: "**I bet you can find boxes of this picture**

18  **at his house. -nik**"  This comment was intended to be a sarcastic joke about the

19  plaintiff's photograph.

20       17.    I do not personally know and has never knowingly spoken to the author of

21  the Post.  I did nothing to specifically induce the author to create the Post about Plaintiff.

22  I do not know Plaintiff and prior to the commencement of this action had never heard of

23  Plaintiff.

24  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

25  United States of America that the foregoing is true and correct.

26  EXECUTED ON: February 4, 2013.

27

28                                              NIK LAMAS-RICHIE

GINGRAS LAW OFFICE, PLLC
4072 EAST MOUNTAIN VISTA DRIVE
PHOENIX, ARIZONA 85048

4

**DECLARATION OF NIK LAMAS-RICHIE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert J. Reamer, Esq.
21535 Hawthorne Blvd., Suite 390
Torrance, CA 90503
Attorney for Plaintiff

And a courtesy copy of the foregoing delivered to:
Honorable Manuel Real
U.S. District Judge
312 North Spring Street, Room 217
Los Angeles, CA 90012-4701

/s/David S. Gingras

GINGRAS LAW OFFICE, PLLC
4072 EAST MOUNTAIN VISTA DRIVE
PHOENIX, ARIZONA 85048

**DECLARATION OF NIK LAMAS-RICHIE**
CASE NO: 2:12-cv-08741-R-PJW

Exhibit A





thedirty.com/submit_a_tip/

**\* Required information**

☐ Beta Access to the Dirty Army

(more details to come, your email address used above will be sent an invitation after moderation):

Cant Find your City? *(Be the first to submit your city):*

**Your Hot Tip:**
*Tell us what's happening. Remember to tell us Who, What, When, Where, Why.*

**FILE UPLOAD:**
*You can send us an image if you like (jpeg,gif and png only). This is an optional feature and will not interfere with anything you've included above. **5 MB Maximum.***

Choose File | No file chosen

Choose File | No file chosen

Choose File | No file chosen

Choose File | No file chosen

Choose File | No file chosen

Choose File | No file chosen

**To submit your comment(s), story idea(s) and or photo(s), please read the following License, Release and Waiver and click on the checkbox below and submit the Waiver.**

CONTENT SUBMISSION/FEEDBACK LICENSE RELEASE AND WAIVER
     1. You grant to Dirty World LLC., and its affiliated, related and associated entities, contractors and partners (whether affiliated or not) and each of its assigns and successors (together 'Dirty'), the non-exclusive and royalty-free right and license, (but not

☐

BY CLICKING THE CHECK BOX, I HEREBY INDICATE THAT I HAVE READ AND UNDERSTOOD THE FOREGOING AND HEREBY ACKNOWLEDGE AND AGREE TO BE BOUND BY THE FOREGOING TERMS AND CONDITIONS OF THIS LICENSE, RELEASE AND WAIVER RELATING TO THE SUBMISSION OF MY CONTENT TO THEDIRTY.COM\*

Submit Your Dirt!



CARMEN ELECTRA
BIRTHDAY CELEBRATION
SATURDAY APRIL 16
CHATEAU
*Nightclub & Gardens*



LAX NIGHTCLUB
WEDNESDAY, APRIL 20TH
DRU HILL

**TOP POSTS**

 Does "Swedish Barbie" Look Like This In Real Life
Posted in E.T., Stockholm, The Dirty

 Nashville's Perfect Couple Not Perfect
Posted in Nashville

 Have We Came Up With A Name For Her Yet
Posted in E.T., Stockholm, The Dirty

 When Are The News Station Going To Do Their Homework
Posted in Picasso, The Dirty, Winnipeg

 Hope You Liked My April Fools Joke
Posted in The Dirty

 

 Mistress Michelle Explains Her Affair With JohnJay Van Es On The Frank Show
Posted in Arizona / UofA, Scottsdale, The Dirty

 What Are We Going To Name Your First Euro Dirty Celeb
Posted in E.T., Stockholm, The Dirty



WET REPUBLIC
THE ULTRA POOL AT MGM GRAND

Exhibit B



**Pres. Obama Address To Congress**

Posted in Dirty Politics, The Dirty, Washington DC | February 25th, 2009

In case you missed it... here is the entire hour long speech. I really want to hear everyones thoughts on how you think Obama did? He had me at hello.

REMOVE POST   Like   Tweet   0



Waiting for ad.bnmla.com...



Exhibit C



**Fire This Guy**

Posted in Hollywood, Jersey, The Dirty, Washington | April 26th, 2011

THE DIRTY ARMY: Nik, I'd like to blast Mr. Donald Trump for seriously considering running for president.  As if enough people haven't told him already maybe you can help drill it into that thick skull of his that this would be a terrible idea.  We would be the laughing stock of the entire world, we'd turn into a nation of jews, we'd have a green light over our head for attacks and we'd have to watch what remaining hairs he has bob up and down on a more consistent basis cause this would probably land him a couple reality shows which will air on MTV. Help put an end to this Nik.

We really don't have any other options. Obama ruined the world.-nik

Exhibit D



**Very Solitaire**

Posted in The Dirty, Washington DC | September 2nd, 2009

**THE DIRTY ARMY:** Gotta love the house of representatives, doing work!!!

Why do I pay Taxes? Can someone please explain this to me?- nik

Exhibit E



2010 World Series – Who You ... ✕

thedirty.com/2010/10/2010-world-series-who-you-got/



### 2010 World Series – Who You Got

Posted in Dirty Athletes, The Dirty | October 10th, 2010



**THE DIRTY ARMY:** So Nik, you've been known to be right with some sports picks. My question is, who ya got in the world series?

**I have World Series tickets at Yankee Stadium waiting for me... Steinbrenner is watching over us.- nik**

**REMOVE POST**  Like   Tweet   0







Exhibit F



MLB Pitcher Mike Leake ...

thedirty.com/2011/04/mlb-pitcher-mike-leake-gets-caught-shoplifting/

CITIES   COLLEGES   WOULD YOU ?   ATHLETES   CELEBS   DIRTY BIZ

SUBMIT DIRT   ADVERTISE   Search   GO

PURE NIGHTCLUB

SATURDAY, MAY 7
CHRIS BROWN
BIRTHDAY CELEBRATION

**MLB Pitcher Mike Leake Gets Caught Shoplifting**

Posted in Cincinnati, Dirty Athletes, The Dirty | April 21st, 2011

**THE DIRTY ARMY:** Nik, this is Mike Leake, a pitcher for the Cincinnati Reds. This loser makes $400,000 a year and just got a $2 million signing bonus. He was caught shoplifting at MACY'S, he tried to steal t-shirts that were worth a grand total of $60. Really? How do these people make so much money but still feel the need to steal?

It's the adderall... it makes you mentally invincible.- nik

REMOVE POST   f Like   2   Tweet   1

**Request a Free Brochure**

The Bank
NIGHTCLUB AT BELLAGIO

EVERYTHING LOOKS BETTER IN GOLD.

MARQUEE
NIGHTCLUB & DAYCLUB

THE COSMOPOLITAN

FOLLOW NIK ON TWITTER

SATURDAY,
APRIL 30
CHARLIE
SHEEN
CHATEAU
Nightclub & Gardens
PURCHASE TICKET AT

Exhibit G





## Kobe Bryant Got Really Upset Last Night

Posted in Dirty Athletes, Hollywood, Newport | April 13th, 2011



**THE DIRTY ARMY:** Nik, so Kobe Bryant appeared to call a ref "f*cking f*ggot." after getting a technical foul last night. I know you are a huge Lakers fan and want to see what you think about this and with the way we are playing, do you think we can make a legit run for the 3 peat?

**We will 3 peat and the ref did look a little FORGY to me.- nik**













Exhibit H

Canadian Dollar Worth M...

thedirty.com/2010/12/canadian-dollar-worth-more-than-the-us-dollar/



CITIES   COLLEGES   WOULD YOU ?   ATHLETES   CELEBS   DIRTY

SUBMIT DIRT   ADVERTISE   Search

## Canadian Dollar Worth More Than The US Dollar

Posted in Dirty News, The Dirty, Vancouver | December 30th, 2010



**THE DIRTY ARMY:** Hey Nik, looks like Canada's loonie is finally worth more than the old greenback. I think Vegas better watch out for an influx of bottle rats and 30K millis from VanDirty trying to look cool now that our dollar has a little more purchasing power.

**I blame Obama for this.- nik**

REMOVE POST   Like   6   Tweet   0








Share   Translate   Random   Recommended   Like   facebook   twitter

Exhibit I

**Terms of Use**

This website is owned and operated by:

Dirty World, LLC, a Delaware Limited Liability Company

Email: legal@thedirty.com

Mailing Address:
Dirty World, LLC c/o Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Bldg.
Wilmington, DE 19810

Fax: (480) 248-3196

NOTICE:  We strongly prefer to be contacted by email.  If you contact us via fax
or regular postal mail, your correspondence MUST include an email address
where we can send a response.  Written inquiries which do not include a valid
email address will not be reviewed and will not receive a response.

Dirty World LLC reserves the right to change and modify this site at any given
time without any notice and, by using this site subsequent to the revision of the
term of use, you agree to be bound by such changes, if you find the terms of use
to be unacceptable, you must immediately terminate your use of this web site.

1. The images, documents and graphics published at thedirty.com could include
inaccuracies or typographical errors. Dirty World LLC reserves the right to modify
the information contained in this Web Site without notice. Dirty World LLC site
may contain links to other Web Sites which are completely independent to this
Web Site. Dirty World LLC makes no representation or warranty as to the
accuracy, completeness or authenticity of the information or opinions in any such
linked Web Site, and any link to another Web Site shall not in any manner be
construed as an endorsement by us of that Web Site, or the products or services
offered therein. Dirty World LLC does not endorse the opinions of third parties
expressed on this site or on linked Web Sites.

2. Thedirty.com is all about gossip and satire. The content that is published
contains rumors, speculation, assumptions, opinions and factual information.
Postings may contain erroneous or inaccurate information. The owner of this site
does not ensure the accurateness of any content presented on thedirty.com.

3. By submitting photos, videos and statements to thedirty.com you agree to
express consent to publish and release liability from our officers, employees,
vendors, contractors, subcontractors, suppliers agents and affiliates. Comments
or any other material which is false, defamatory, or otherwise unlawful is not

allowed. Upon submission you will have irrevocably agreed to these terms. All submissions will remain confidential.

4. In the event that a third party has submitted content of your likeness and would like to request removal, please visit the FAQ's page. Removal is done at the discretion of Dirty World LLC.

5. All written submissions on the blog are opinions of third parties and not of Dirty World LLC. Dirty World LLC is not responsible for the written opinions and content submitted.

6. If you do not agree with any of these Terms of Use please do not use this Site, because by using this Site you will be deemed to have irrevocably agreed to these terms.

7. All rights, title and interest (including all copyrights, trademarks and other intellectual property rights) in this Web Site belongs to Dirty World LLC. All logos, images and text are © 2008-2012 Dirty World LLC. All rights are reserved. This website is purely based on entertainment.

Dirty World LLC in no way means intent to harm and is reasonable to work with. If you cannot make fun of yourself, who can you make fun of?

Exhibit J

# Sam Argyropoulos Is A Con Artist

📅 June 14, 2012    📦 Los Angeles    💬 17    👁 6,060 Views



**THE DIRTY ARMY:** Nik, if you ever meet this man beware. The man is a con-artist and manipulator. He manipulated an old lady to put him on the deed of her house in Bel AIr. She had Alzheimer's, so he got the house when she died. He now owns a house in Bel Air and acts like he earned it on his own through hard work. He tells girls he has a daughter and is looking to settle down. It is all lies. He left the mother of his daughter because she actually needed him to be responsible when she had a baby, and he ran out on her cause he could not handle it. He would sleep with a pig and probably has. He just looks for ways to use both men and women. He only has male friends that he believes will get him into parties. He is also only 5 feet 5 inches tall. But because he is so insecure he wears inserts in his shoes to make himself taller. He tries to do real estate in Los Angeles. But, most people catch on to how he double talks and tries to push them into deals. You have been warned.

**I bet you can find boxes of this picture at his house.- nik**